STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2000

at ____ o'clock and ____ min ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>            Plaintiff,  )<br>            )<br>   vs.      )<br>            )<br>ROBERTO HERNANDEZ RODRIGUEZ,  )<br>aka "Roberto Rodriguez," and  )<br>"Roberto Hernandez,            )<br>            )<br>            Defendant.  )<br>_____) | CR. NO. __CR00 00489__ HG<br><br>INDICTMENT<br>[8 U.S.C. § 1326(a) and<br> (b)(2)] |

INDICTMENT

The Grand Jury charges that:

On or about November 4, 2000, in the District of Hawaii, ROBERTO HERNANDEZ RODRIGUEZ, aka "Roberto Rodriguez," and "Roberto Hernandez," an alien, who had previously been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, namely, Terroristic Threatening in the First Degree, was found in the United States

at Kauai, Hawaii, having knowingly and unlawfully entered the United States without having obtained the consent of the Attorney General of the United States for re-application by the Defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

DATED: ___27 Dec___, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

United States v. Roberto Hernandez Rodriguez;
Cr. No. 00-_____
Indictment

2